UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. KENNEY,<br><br>         Plaintiff,<br><br>v.<br><br>KASEYLEE LAWRENCE; and<br>MATTHEW KOERBER,<br><br>         Defendants. | Case No.: 13cv248-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

  On June 18, 2018, Plaintiff John B. Kenney filed a motion titled "Pursuant to FRCP Rule 60 Plaintiff Kenney's Request for a New Hearing Date for Costs Due to Mistake; &/or Alternatively Opposition &/or Objections to Defendants' Application for Bill of Costs." (ECF No. 698). Plaintiff requests a new date for a telephonic bill of costs hearing and states that he "mistakenly missed" the bill of costs hearing which took place on June 12, 2018. (ECF No. 698).

  Federal Rule of Civil Procedure 60(b) does not provide procedural grounds for the relief sought by Plaintiff. Plaintiff's motion for a new bill of costs hearing under Federal Rule of Civil Procedure 60(b) is DENIED. (ECF No. 698). Any request regarding a new

1

13cv248-WQH-AGS

bill of costs hearing shall be made to S. Tweedle at the Office for the Clerk of Court at 619-557-7349.

Dated: June 22, 2018

Hon. William Q. Hayes
United States District Court